UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE #1, an individual, JANE DOE #2, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>Defendant. | No. 2:25-cv-01797<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND WRITTEN DISCOVERY** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Jane Doe #1 and Jane Doe #2 ("Plaintiffs") and The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole; Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole; and Corporation of the President of The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole (together, "Defendants"), by and through their attorneys of record, hereby stipulate that Defendants' time to answer or otherwise respond to Plaintiffs' Complaint

STIPULATION AND ORDER – 1
(No. 2:25-cv-01797)

shall be extended to Monday, September 29, 2025. Plaintiffs and Defendants further stipulate that Defendants' time to provide objections and responses to Plaintiffs' First Set of Interrogatories and Requests for Production to Defendants, dated August 18, 2025, shall be extended to Thursday, October 9, 2025.

IT IS SO STIPULATED by and between the parties.

DATED: September 23, 2025

| | |
|---|---|
| *s/ Denise Chen* | *s/ Harry H. Schneider, Jr.* |
| Michael T. Pfau, WSBA No. 24649 | Harry H. Schneider Jr., WSBA No. 9404 |
| Vincent T. Nappo, WSBA No. 44191 | Meeghan Dooley, WSBA No. 61735 |
| Denise Chen, WSBA No. 59906 | Evan Molineux, WSBA No. 62994 |
| | |
| Pfau Cochran Vertetis Amala PLLC | Perkins Coie LLP |
| 701 Fifth Avenue, Suite 4300 | 1301 Second Avenue, Suite 4200 |
| Seattle, WA 98104 | Seattle, Washington 98101-3804 |
| michael@pcvalaw.com | HSchneider@perkinscoie.com |
| vnappo@pcvalaw.com | MDooley@perkinscoie.com |
| dchen@pcvalaw.com | EMolineux@perkinscoie.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

STIPULATION AND ORDER – 2
(No. 2:25-cv-01797)

183848156.1

**ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended to Monday, September 29, 2025. Defendants' deadline to provide objections and responses to Plaintiffs' First Set of Interrogatories and Requests for Production to Defendants, dated August 18, 2025, shall be extended to Thursday, October 9, 2025.

DATED: September 24, 2025.

_____
John H. Chun
United States District Judge