UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE #1, an individual, JANE DOE #2, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>Defendants. | No. 2:25-cv-01797-JHC<br><br>**ORDER RE: STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE AND RELATED DATES** |

This matter comes before the Court on the Parties' Stipulated Motion for Continuance of Trial Date and Related Dates. Dkt. # 25. The Court GRANTS the motion in part. Given the Court's trial calendar, the Court CONTINUES trial in this matter to July 19, 2027. The Court DIRECTS the Clerk to issue a scheduling order that includes pretrial deadlines, beginning with the deadline for amended pleadings, in accordance with the standard pretrial schedule.

//

//

DATED this 7th day of August, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge