UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JANE DOE #1, an individual; JANE DOE #2, an individual,<br>Plaintiffs,<br>v.<br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br>Defendants. | NO. 2:25-cv-01797-JHC<br><br>ORDER OF DISMISSAL |

Pursuant to the stipulation of the parties (Dkt. # 29) and good cause appearing, IT IS HEREBY ORDERED that all claims asserted by and between the parties in this action are DISMISSED with prejudice and without costs or attorneys' fees to any party.

IT IS SO ORDERED on this 20th day of October, 2026.

John H. Chun
JOHN H. CHUN
United States District Judge